L. Paul Mankin, Esq. (SBN 264038)
The Law Office of L. Paul Mankin
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Phone: (800) 219-3577
Fax: (323) 207-3885
pmankin@paulmankin.com
www.paulmankin.com
Attorney for Plaintiff

Jordan S. Yu, Esq.
Yu / Mohandesi, LLP
633 W. 5th Street
Suite 2800
Los Angeles, CA 90071
Phone: (213) 377-5502
jyu@yumollp.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIKA HERMAN, an individual,**<br><br>Plaintiff,<br><br>vs.<br><br>**FIRSTSOURCE ADVANTAGE, LLC, and DOES 1 through 10, inclusive,**<br><br>Defendant. | Case No. CV13-09496-JFW-FFM<br><br>**STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)** |

STIPULATION RE DISMISSAL 1

**IT IS HEREBY STIPULATED** by and between Plaintiff, Erika Herman and Defendant, FIRSTSOURCE ADVANTAGE, LLC, through their respective counsel of record, that the above-entitled action shall be dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*. Each party shall bear its own fees and costs.

DATED: June 12, 2014   LAW OFFICE OF L. PAUL MANKIN IV

By: /s/L. Paul Mankin
    L. Paul Mankin, Esq.
    Attorney for Plaintiff

DATED: June 12, 2014   YU / MOHANDESI, LLP

By: /s/ Jordan S. Yu, Esq.
    Jordan S. Yu, Esq.
    Attorney for Defendant

STIPULATION RE DISMISSAL 2

1  Filed electronically on this 13th day of June, 2014, with:

2  United States District Court CM/ECF system

3

4  Notification sent electronically via the Court's ECF system to:

5  Honorable Stephen V. Wilson
   United States District Court
6  Central District of California

7  Jordan S. Yu, Esq.
   Yu / Mohandesi, LLP
8  633 W. 5th Street
   Suite 2800
9  Los Angeles, CA 90071
   Phone: (213) 377-5502
10
   jyu@yumollp.com
11 Attorney for Defendant

12
   /s/L. Paul Mankin
13 L. Paul Mankin

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE DISMISSAL 3