L. Paul Mankin (SBN 264038)
The Law Office of L. Paul Mankin
8730 Wilshire Blvd., Suite 310               **closed**
Beverly Hills, CA 90211
800-219-3577
Pmankin@paulmankin.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIKA HERMAN, an individual,** | Case No. CV13-09496-JFW-FFM |
| Plaintiff, | **ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| vs. | |
| **FIRSTSOURCE ADVANTAGE, LLC, and DOES 1 through 10, inclusive,** | |
| Defendant. | |

    The Court has reviewed the Stipulation of Plaintiff, ERIKA HERMAN and Defendant, FIRSTSOURCE ADVANTAGE, LLC to dismiss with prejudice the above-entitled action, in its entirety.  Pursuant to the Joint Stipulation between parties, the Court orders as follows:

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear its own fees and costs.

**IT IS SO ORDERED**

DATED: June 16, 2014     _____
                                    UNITED STATES DISTRICT JUDGE

ORDER RE DISMISSAL 1